**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BOLARINWA SALAU,<br><br>Petitioner,<br><br>v.<br><br>ANGELA HOOVER,<br><br>Respondent. | No. 4:26-CV-01133<br><br>(Chief Judge Brann) |

## <u>ORDER</u>

**AND NOW**, this 27th day of August 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Bolarinwa Salau's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED** without prejudice.

2. Salau's motion for a temporary restraining order (Doc. 5), motion for "an expedited summary judgment order," (Doc. 12), and motion for status conference or ruling (Doc. 13) are **DISMISSED** as moot in light of paragraph 1 above.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge